# EXHIBIT A

**Receipt Info**

| | |
|---|---|
| Total | $106.95 |
| | [3Co9hay9-Zjkz-pYJb-NScA-qjQm80DVgKBA](#) |
| | 7 items for $106.95 - 487d 3h ago |
| Store | 6474 |
| Purchased | Feb 2, 2019 07:43:00 AM (store local time) |
| Uploaded | Feb 2, 2019 01:44:33 PM (UTC) |
| TC Number | 410164802696183984551 |
| Customer ID | *None* |
| Business Type | SAMS |
| Entered Membership Number | 10190130388140352 |
| Tender Type | |
| Tender Name | :sams-p |
| Subtotal | $102.38 |
| Change Due | $0.00 |
| Tax | 1 10.113 $2.122 6.725 $2.45 |
| Receipt source | ISP |



```
          CLUB MANAGER SHANNON CREMEEN
                  ( 314 ) 644 - 7791
      02/02/19 07:43 7294 06474 001    2823

      SANDBERG

              101 RENMBRSHIP          45.00 N
       E   256218 PORTABELLA F         4.98 R
       E   256218 PORTABELLA F         4.98 R
       E   256218 PORTABELLA F         4.98 R
           306453 BATH TISSUE         20.98 T
       E   477263 SHRED PARM F         9.78 R
       E   127567 DC ALB TUNAF        11.68 R
                     SUBTOTAL        102.38

             TAX 1   10.113 %          2.12
             TAX 2    6.725 %          2.45
                         TOTAL       106.95
                 SAMS P CREDIT       106.95
      SAMS CLUB CREDIT ** **** **** 2339 I 1
      APPROVAL # 000372

      AID A0000000049999D84002
      TC DE0F242869D99ABF
      TERMINAL # SC010983
      *NO SIGNATURE REQUIRED
                      CHANGE DUE       0.00

      New! Free shipping for Plus members.
      Learn more: samsclub.com/freeshipping
      Visit samsclub.com to see your savings


            # ITEMS SOLD 7

         TC# 4101 6480 2696 1839 8455 1
```



```
              Happy to Help

                *** MEMBER COPY ***
```

**Item Parsed Data**

(No Image)

| | |
|---|---|
| Name | RENMBRSHIP |
| Name on Receipt | RENMBRSHIP |
| Price | 4500 |
| UPC | |
| Item-id | 101 |
| Line Number | 6 |
| Vertical Pixel | 0 |
| Original Order | 0 |

(No Image)

| | |
|---|---|
| Name | PORTABELLA |
| Name on Receipt | PORTABELLA |
| Price | 498 |
| UPC | |
| Item-id | 256218 |
| Line Number | 7 |
| Vertical Pixel | 0 |
| Original Order | 1 |

(No Image)

| | |
|---|---|
| Name | PORTABELLA |
| Name on Receipt | PORTABELLA |
| Price | 498 |
| UPC | |
| Item-id | 256218 |
| Line Number | 8 |
| Vertical Pixel | 0 |
| Original Order | 2 |

(No Image)

| | |
|---|---|
| Name | PORTABELLA |
| Name on Receipt | PORTABELLA |
| Price | 498 |
| UPC | |
| Item-id | 256218 |
| Line Number | 9 |
| Vertical Pixel | 0 |
| Original Order | 3 |

(No Image)

| | |
|---|---|
| Name | BATH TISSUE |
| Name on Receipt | BATH TISSUE |
| Price | 2098 |

| | |
|---|---|
| UPC | |
| Item-id | 306453 |
| Line Number | 10 |
| Vertical Pixel | 0 |
| Original Order | 4 |
| (No Image) | |
| Name | SHRED PARM |
| Name on Receipt | SHRED PARM |
| Price | 978 |
| UPC | |
| Item-id | 477263 |
| Line Number | 11 |
| Vertical Pixel | 0 |
| Original Order | 5 |
| (No Image) | |
| Name | DC ALB TUNA |
| Name on Receipt | DC ALB TUNA |
| Price | 1168 |
| UPC | |
| Item-id | 127567 |
| Line Number | 12 |
| Vertical Pixel | 0 |
| Original Order | 6 |

## Item Structured Data

| | |
|---|---|
| UPC as Scanned | 00000000001010 |
| UPC as Printed | 000000000101 |
| Item Number | 0000000101 |
| Category | |
| Other Income Ind | |
| Funding Type | |
| Quantity Sold | 1 |
| Serial Number | |
| Upc As Scanned | |
| Quantity Returned | 0 |
| Subcategory | |
| Discount Percent | |
| Item Type | I |
| Linked To | |
| Item Sequence | 1 |

| Field | Value |
|---|---|
| Taxes Applied | |
| Original Price | 4500 |
| Return Reason | |
| Sis Sequence Number | |
| Department Number | 87 |
| Tax Flags | 000000000000 |
| Discount | |
| UPC as Scanned | 00037102170240 |
| UPC as Printed | 003710217024 |
| Item Number | 0000256218 |
| Category | |
| Other Income Ind | |
| Funding Type | |
| Quantity Sold | 1 |
| Serial Number | |
| Upc As Scanned | |
| Quantity Returned | 0 |
| Subcategory | |
| Discount Percent | |
| Item Type | I |
| Linked To | |
| Item Sequence | 2 |
| Taxes Applied | |
| Original Price | 498 |
| Return Reason | |
| Sis Sequence Number | |
| Department Number | 56 |
| Tax Flags | 010000000000 |
| Discount | 0 |
| UPC as Scanned | 00037102170240 |
| UPC as Printed | 003710217024 |
| Item Number | 0000256218 |
| Category | |
| Other Income Ind | |
| Funding Type | |
| Quantity Sold | 1 |
| Serial Number | |
| Upc As Scanned | |
| Quantity Returned | 0 |
| Subcategory | |

| | |
|---|---|
| Discount Percent | |
| Item Type | I |
| Linked To | |
| Item Sequence | 3 |
| Taxes Applied | |
| Original Price | 498 |
| Return Reason | |
| Sis Sequence Number | |
| Department Number | 56 |
| Tax Flags | 010000000000 |
| Discount | 0 |
| UPC as Scanned | 00037102170240 |
| UPC as Printed | 003710217024 |
| Item Number | 0000256218 |
| Category | |
| Other Income Ind | |
| Funding Type | |
| Quantity Sold | 1 |
| Serial Number | |
| Upc As Scanned | |
| Quantity Returned | 0 |
| Subcategory | |
| Discount Percent | |
| Item Type | I |
| Linked To | |
| Item Sequence | 4 |
| Taxes Applied | |
| Original Price | 498 |
| Return Reason | |
| Sis Sequence Number | |
| Department Number | 56 |
| Tax Flags | 010000000000 |
| Discount | 0 |
| UPC as Scanned | 00042000967650 |
| UPC as Printed | 004200096765 |
| Item Number | 0000306453 |
| Category | |
| Other Income Ind | |
| Funding Type | |
| Quantity Sold | 1 |

| Field | Value |
|---|---|
| Serial Number | |
| Upc As Scanned | |
| Quantity Returned | 0 |
| Subcategory | |
| Discount Percent | |
| Item Type | I |
| Linked To | |
| Item Sequence | 5 |
| Taxes Applied | |
| Original Price | 2098 |
| Return Reason | |
| Sis Sequence Number | |
| Department Number | 94 |
| Tax Flags | 100000000000 |
| Discount | |
| UPC as Scanned | 00078742153280 |
| UPC as Printed | 007874215328 |
| Item Number | 0000477263 |
| Category | |
| Other Income Ind | |
| Funding Type | |
| Quantity Sold | 1 |
| Serial Number | |
| Upc As Scanned | |
| Quantity Returned | 0 |
| Subcategory | |
| Discount Percent | |
| Item Type | I |
| Linked To | |
| Item Sequence | 6 |
| Taxes Applied | |
| Original Price | 978 |
| Return Reason | |
| Sis Sequence Number | |
| Department Number | 57 |
| Tax Flags | 010000000000 |
| Discount | |
| UPC as Scanned | 00078742143500 |
| UPC as Printed | 007874214350 |
| Item Number | 0000127567 |

| | |
|---|---|
| Category | |
| Other Income Ind | |
| Funding Type | |
| Quantity Sold | 1 |
| Serial Number | |
| Upc As Scanned | |
| Quantity Returned | 0 |
| Subcategory | |
| Discount Percent | |
| Item Type | I |
| Linked To | |
| Item Sequence | 7 |
| Taxes Applied | |
| Original Price | 1168 |
| Return Reason | |
| Sis Sequence Number | |
| Department Number | 46 |
| Tax Flags | 010000000000 |
| Discount | |