# EXHIBIT B

# Benefits of a Sam's Club Membership



| Benefit | Plus | Club |
|---|---|---|
| **Cash Rewards*** <br> Get $10 for every $500 spent in-club and online, up to $500 annually (select exclusions apply). Use for purchases, membership fee or redeem for cash. | ✓ | |
| **Free Shipping** <br> On most items. No minimum purchase. Exclusions apply. See details at SamsClub.com/freeshipping. | ✓ | |
| **Free Prescriptions† for Sam's Club *Plus*® Members††** <br> Eligible Plus Members get free select generics for Alzheimer's disease, diabetes, mental health, prostate health and vitamin D deficiency, plus hundreds of prescriptions at $10 or less. | ✓ | |
| **Optical† Discount for Sam's Club *Plus* Members** <br> Ask our Optical team about Plus member savings. | ✓ | |
| **Early Shopping Hours\*\*** <br> We'll open the doors for Plus members at 7am Monday – Saturday. | ✓ | |
| **Add-on Memberships** <br> Add-on members receive all Club member benefits and are $40 annually for Club members. | 16 | 8 |
| **Instant Savings[1]** <br> Get special savings automatically loaded on your membership card. | ✓ | ✓ |
| **Sam's Club Mastercard®[2]** <br> Earn 5% cash back on gas (on first $6,000 per year in purchases, then 1%), 3% on dining and travel, and 1% on other purchases (where Mastercard is accepted). | ✓ | ✓ |
| **Club Pickup** <br> Save time and order in-club items online or via the Sam's Club app. We'll hand-select your fresh produce and get a text or email when your order is ready and pick in club. | ✓ | ✓ |
| **Optical† Discount for All Members** <br> Ask our Optical team about member Savings. | ✓ | ✓ |
| **Number of Cards** | 1 primary + 1 complimentary + up to 16 add-ons | 1 primary + 1 complimentary + up to 8 add-ons |

## Savings and more on the go.

Download the Sam's Club app for easy access to:

- Instant Savings
- Prescription refills
- Photo services
- And more!

See details at SamsClub.com/mobile

## Terms and Conditions

* Cash Rewards are only available for Sam's Club Plus® members. Sam's Club Plus members earn $10 in Cash Rewards for every $500 in qualifying pre-tax purchases with a maximum reward of $500 per 12-month membership period. Cash Rewards are awarded annually and loaded on to the membership card for use in-club, on SamsClub.com, or redeemable for cash. A member can accumulate a Maximum Balance of $2,000 in earned Cash Rewards on a membership card, at which point accrual of Cash Rewards stops until the Maximum Balance is reduced. Cash Rewards are not earned for purchases made during the time of Maximum Balance. Only the primary or complimentary cardholders on a membership account may access and redeem the Cash Rewards loaded on the membership account. Restrictions apply. Visit SamsClub.com/cashrewards for program details and terms and conditions.

\*\* Hours may vary by club.

† Specialty departments vary by club. Visit SamsClub.com/clublocator to find departments in a club near you.

†† Free prescriptions are available to Sam's Club Plus members only and not to non-plus members. Offer is not transferable and available only at Sam's Club Pharmacies, and is not available on SamsClub.com. Only the quantity, formulation and strength stated on the Extra Value Drug List ("EVDL") itself will be offered for $0. Full list available at SamsClub.com/freerx. There will be a cost for quantities greater than the listed quantity. Prices listed in the EVDL do not apply to purchases submitted to any health benefit program, pharmacy benefit program, insurer or government health care program. Free medications are not available in the following states: CA, GA, HI, MA, MD, ME, MN, OK, OR, PA, RI, SC, VT, WI and Puerto Rico. This offer may not be combined with other offers, discount care or discount arrangements, or promotions. Free prescriptions are not available when the listed prescriptions are dispensed as part of a compound. Valid prescription required. Other restrictions may apply. Terms subject to change without notice. See your local Sam's Club Pharmacy for details. Taxes or other fees may apply.

[1] All terms and conditions apply. Club Insider Savings and Instant Savings (collectively "Instant Savings") are subject to availability and valid dates. Select Instant Savings are available online. For Club Pickup orders not paid for online, any savings will be based on and limited to the Instant Savings offers available to the paying member on the date of in-club payment and order pickup. State and local laws may require sales tax to be charged on the pre-discounted price of an item with an Instant Savings offer. Prices shown are pre-tax amounts. No money shall be returned to the member if the price of the item falls below zero after applying the Instant Savings discount. To view your Instant Savings account, visit SamsClub.com/instantsavings or download the Sam's Club app. Member must have a registered email on SamsClub.com in order to access the Instant Savings account page online. Visit SamsClub.com/instantsavings for program details and terms and conditions. Instant Savings may take up to 24 hours to load to a membership account. Items and prices may vary in-club. Instant Savings offers shown are valid in U.S. clubs with a U.S. membership, excluding Puerto Rico.

[2] Subject to credit approval. Sam's Club® Mastercard® cardholders are eligible to earn cash back rewards on purchases made with their Sam's Club Mastercard account. Rewards apply to net card purchases (minus returns). Rewards percentages depend on the type of purchase made (5% for gas purchases at U.S. and Puerto Rico Sam's Club and Walmart® fuel stations, and at gas stations located in the U.S. and Puerto Rico (but excluding purchases at fuel stations at wholesale clubs (other than Sam's Club), certain supercenters, and supermarkets), for up to the first $6,000 in gas purchases each year and 1% thereafter; 3% for dining and travel purchases (excluding purchases at wholesale clubs other than Sam's Club) and 1% for all other Eligible Purchases). Maximum of $5,000 in Cash Back rewards can be earned in a calendar year. Cash back checks are issued each February for the Cash Back earned during the previous calendar year. Cash back checks are forfeited if the Sam's Club Mastercard account is not in good standing, is more than two months delinquent on the minimum balance, if the Sam's Club membership terminates or lapses, or if the Cash Back earned in a calendar year is less than $5.00. Cash back checks will be made payable to Sam's Club and may be cashed only at a Sam's Club location. See the "How to Earn Cash Back with Your Sam's Club® Mastercard®" Reward Program terms for details. The Sam's Club Mastercard is issued by Synchrony Bank pursuant to a license by Mastercard International Incorporated. Mastercard is a registered trademark of Mastercard International Incorporated.

[3] In order for Sam's Club to provide repair, tires must meet RMA (Rubber Manufacturers Association) guidelines for repair.

[4] Restrictions apply. Subject to availability and applicable state laws. 18 years and above. Screenings only available at clubs with a Pharmacy. Health screening tests may or may not alert you and your doctor to serious medical problems and are not intended to be substituted for a physician's examinations. This service is currently not a covered benefit under Medicare or Medicaid when administered by a pharmacist. Patients covered by Medicare or Medicaid are encouraged to contact their primary physician for health screening services.

[5] Membership not required. Screening types and quantities may vary by state and club. Limited quantities available. Screenings only available in clubs with a Pharmacy.

# Member Benefits



# Get the most out of your membership



87364C18P2
Rev 02/18

# Save even more with a Sam's Club *Plus*® membership

**Get $10 in Cash Rewards*** for every $500 spent in-club and online

**Free Shipping** On most items. No minimum purchase. Exclusions apply. See details at **SamsClub.com/freeshipping**

**Save time** with early shopping hours**

**Save on Pharmacy**† prescriptions

## Join or renew today.

Visit **SamsClub.com/membership** or stop by the Member Services Desk at your local club.

# Special services for all members

### Hearing Aid Center†
Get free hearing tests and terrific prices on an amazing variety of hearing devices, swim plugs, custom earbud molds and more.

### Optical Center†
Get terrific prices on eyewear, including designer frames and contact lenses.

### Health Screenings
Receive convenient, preventative health care tests including blood glucose and cholesterol (Total, HDL, LDL, Triglycerides). Ask your pharmacist for details on locations and pricing.[4] Free health screening events are also offered periodically, check with your pharmacy for details.[5]

### Delivery and Installation
Enjoy low prices on the delivery of electronics, mattresses, flooring and carpet. Electronics installation and setup also available.

### Tire and Battery Center†
Get free flat repair,[3] battery testing, air pressure check and wiper blade installation. Receive free rotations with any in-club tire purchase and complimentary emergency tire changing with the Premium Tire Installation Package.

### Sam's Club® Fuel Station†
Save every time you fill up at one of nearly 600 Fuel Stations across the U.S.

### Sam's Club Photo†
Upload photos online from your phone, computer, or social media accounts. Create custom wall décor, stationery cards, photo books, prints and have them shipped to you or your local club.

## Explore even more benefits and services available to Sam's Club members at **SamsClub.com/services**

# Privileges and Conditions of Membership

## Satisfaction Guarantee Policy
Sam's Club aims for every member to be 100% satisfied with their membership and shopping experience.
- Membership: We will refund your current membership fee in full at any time if you are not satisfied.
- Purchases: Subject to certain limitations, if the quality and performance of your purchases don't meet your expectations, we will replace it or give you a refund.
- Please see the Satisfaction Guarantee Terms and Conditions for full program terms, including all exclusions, requirements, and restrictions. Visit **SamsClub.com** for our full policy.
- Receipt, proof of purchase, or printed order may be required for certain returns, refunds, and exchanges. Certain items may not be eligible for return, even with a receipt.
- You are required to return the product with all parts including accessories, original packaging, and all product/order contents. This includes any gifts or gift cards provided with your purchase as part of a promotion. Sam's Club reserves the right to deny the refund in full or provide a partial refund if only part of the purchase is returned.
- Mobile phones, tablets, other carrier connectable devices, and similar electronic devices must be returned within fourteen (14) days of purchase with a receipt to the location where they were originally purchased.
- All other electronic devices such as televisions, computers, printers, e-readers, GPS devices, projectors, media players, cameras, camcorders, video game hardware/devices, storage/memory drives or cards, circuit cartridges, and unopened computer/video game software, electronic games, pre-recorded movies, and music must be returned within ninety (90) days of purchase with a receipt. Defective opened computer/video game software, electronic games, pre-recorded movies, and music are eligible for exchange for an identical product only within ninety (90) days of purchase with a receipt.
- Special restrictions apply for items purchased under certain government programs such as WIC and SNAP. Refer to full Satisfaction Guarantee Terms and Conditions for details.
- Satisfaction Guarantee does not change the manufacturer's warranty on any item returned as defective, and does not change the requirements, limitations or restrictions of any Protection Plan.  See applicable manufacturer's warranty or Protection Plan information for details.

## Renew Membership
- The primary member or complimentary cardholder may authorize renewal or cardholder changes (including add-ons for Sam's Club Plus™ members for business), unless the membership is paid by automatic billing to a credit card, deducted from a bank account or Payroll Deduct from earnings, in which case only a primary member can make such changes. Sam's Club reserves the right to not allow complimentary cardholders to make any changes to a membership at its sole discretion at any time.
- Members receive a renewal notice by mail (unless you are set up on the Auto Renew program or on the Auto Bill program with Sam's Club Credit).
- Members may renew on **SamsClub.com**, by mail or at the club.
- Members with Sam's Club Credit will be automatically billed for renewal unless otherwise specified. You will not receive a new card each year.
- Renewal within 60 days of your expiration date extends membership for 12 months from the expiration date. Renewal after that point is at the sole discretion of Sam's Club and extends membership for 12 months from the renewal.

## Membership
- All memberships are subject to Sam's Club rules that are amended from time to time and may change without notice.
- Sam's Club reserves the right to accept, refuse or revoke membership without cause.

## Membership Cards and Fees
- Membership fee is for one, twelve (12) month period from the date of enrollment of the primary cardholder.
- A primary membership includes a card for you and a card for your spouse (or other household member 18 or older).
- The complimentary card is for the primary cardholder's spouse, domestic partner or household member (living in the same household and 18 or older).
- Membership cards require a card number and a photo to be valid. Membership cards are non-transferable and are valid at all Sam's Club locations worldwide. Membership may be terminated and card revoked at our discretion.
- Members are requested to show their cards when entering Sam's Club and when checking out.
- Report a lost or stolen card immediately at any Sam's Club Member Services Desk or by calling 1.888.746.7726.

## Payment
- We accept checks, cash, Sam's Club Credit, Walmart® Credit, Mastercard®, American Express®, Visa®, Discover®, EBT and ATM debit cards.
- Personal Checks: Preprinted from member's personal checking account with member's name, address and phone number written in the exact amount of the purchase. Photo ID may be required (e.g., driver's license).
- Business Checks: Preprinted from company's business checking account with company name, address and phone number written in the exact amount of the purchase and signed by an authorized company representative. Photo ID may be required. The company guarantees payment on all purchases made with a company business check.
- All company card purchases must be made with authorized company (business) checks or company credit card.
- Primary member is not responsible for personal checks written by add-on cardholders.

## Use of Resale Permit or Transaction of Privilege Tax License ("Tax-Exempt")
- A tax-exempt organization may purchase tax-free. All items purchased must be used exclusively by the tax-exempt organization for tax-exempt purposes only.
- To obtain tax-exempt purchasing privileges, members must present a valid State Tax-Exempt number or Sales and Use Tax License (or photo copy) with a membership application and renew it once every three years at Sam's Club.
- If the member buys any property for resale and uses that property for anything other than retention, demonstration or display while holding it for sale, the law requires the member to report and pay tax, measured by the purchase price or other authorized amount.
- Member will hold Sam's Club harmless from and will indemnify Sam's Club against any claim, loss or expense occurring from any failure to comply with Resale Permits or Tax-Exempt requirements, and membership will be subject to immediate forfeiture.

## General Policies
- Children and guests: Our members are welcome to bring their children and up to two guests to Sam's Club. A member must accompany children and guests at all times. Only a member may purchase items. Children may not be left unsupervised. Parents are responsible for their children. Members are responsible for any items opened or damaged by their guests, children or themselves.
- Dress code: Shoes and shirts are required.
- Smoking: Not allowed in the club.
- Tobacco and liquor: No sales to minors.
- Receipts: To ensure that you are charged correctly for the merchandise you have selected, you will be requested to show your receipt when exiting.
- Sam's Club reserves the right to inspect any container, backpack, briefcase, etc., upon entering or leaving the club and to refuse entry to anything at our discretion.

Visit **SamsClub.com/privacy** to view our privacy policy.