# EXHIBIT D



# sam's club ⟨⟩

Expect something special, like these gourmet chocolate-dipped strawberries.
**PAGE 30**

# INSTANT
# SAVINGS

## More than $6,500 in Instant Savings* inside

JAN. 29 – FEB. 23, 2020



**FEBRUARY 2020**

## WHAT'S INSIDE
Sweet treats, game-day snacks and stunning jewels. (Plus huge savings—but you already knew that.)

**3  INSTANT SAVINGS**
The products you'll save big on, right now.

**20  THE NOW LIST**
Current obsessions and must-try ideas.

**26  VALENTINE'S DAY CENTRAL**
Steak and lobster worthy of date night, sparkling jewelry and plenty of sugar (of course).

**34  GET YOUR GAME DAY ON**
Over-the-top snacks and the very best in tech.



**31**
Ultra-festive frosted cupcakes.



**23**
Your pet's new favorite crash pad.



**28**
All things bling with diamond pendants, studs and more.



**36**
Snacks to get your game-day party poppin'.



Skip the checkout line at your club with Scan & Go!

Download it at SamsClub.com/scanandgo.

# INSTANT SAVINGS*

THE PRODUCTS YOU'LL SAVE BIG ON, RIGHT NOW.



## Choc around the clock.

Stash individually wrapped treats from Lindt and Ghirardelli anywhere you want a pick-me-up. (So, basically, everywhere.)

**$2 OFF**
Limit of 10
Free Shipping for Plus††

**$2 OFF**
Limit of 10
Free Shipping for Plus††



Assorted Lindt Truffles 19 oz., Lindt Strawberries and Cream 19 oz. and/or assorted Ghirardelli Squares 18.1 oz.

**$2 OFF**
Limit of 10
Free Shipping for Plus††




Any Blueberry and/or Cinnamon Brown Sugar BelVita 20 ct. or 25 ct.

**$2 OFF**
Limit of 10
Free Shipping for *Plus*††

Oreo Cookies 52.5 oz., Honey Maid Graham Crackers 4 pk. 14.4 oz. each, Nabisco Variety Pack 30 ct., Grandma's® Cookies Variety Pack 36 ct. and/or Vanilla Creme Cookies 24 ct.

  

**$5 OFF**
Limit of 5
Free Shipping for *Plus*††

Splenda® Packets 1200 ct.



**$2 OFF**
Limit of 10
Free Shipping††

Frosted Flakes 55 oz. and/or Frosted Mini Wheats 55 oz.



**$1 25 OFF**
No limit
While supplies last
In Club Only

Silk® Almond Milk or International Delight French Vanilla & Caramel Macchiato

 

**$6 OFF**
Limit of 5
Free Shipping for *Plus*††

Any Mc Café K-Cup Pods 100 ct.



**$7 OFF**
Limit of 5
Free Shipping for *Plus*††

Any Starbucks® K-Cup Pods 72 ct.

 

**$4 OFF**
Limit of 5
Free Shipping for *Plus*††

Any Starbucks® Whole Bean or Ground 40 oz.



**$1 50 OFF**
Limit of 3
Free Shipping††

Nature Nate's Raw & Unfiltered Honey 44 oz.

 

**$1 50 OFF**
Limit of 5
Free Shipping for *Plus*††

Act II® Popcorn and/or Duke's® Shorty® Sausages

 

---



**Member's Mark**™

# Chocolate, meet salt.

A sprinkle of sea salt amps up the flavor of Member's Mark™ chocolate-covered caramels and dark chocolate thins. Meaning it'll be that much harder to stop at just one.

**$1 OFF**
Limit of 10
Free Shipping
for *Plus*††

Member's Mark™ Sea Salt Caramels and Chocolate Thins and/or Popcorn Indiana® Black and White Drizzlecorn



**$1 OFF**
Limit of 5
Free Shipping for *Plus*††
(Hint Water only)

Hint® Water and/or Waterloo Sparkling Water



**$4 OFF**
Limit of 72
Free Shipping for *Plus*††

Any BodyArmor Sports Drink



**$2 OFF**
No limit
While supplies last
In Club Only

Eggo® Waffles, Pancakes and/or Mini Pancakes

 

**$2 OFF**
No limit
While supplies last
In Club Only

Oikos Triple Zero Greek Yogurt and/or Danimals Smoothies 18 ct. Oikos Triple Zero, 36 ct. Danimals Drinks, 24 ct. Activia. Selection varies by club.

 



**$3 OFF**
No limit
While supplies last
In Club Only

Tyson® Homestyle Boneless Chicken Bites



**$3 OFF**
No limit
While supplies last
In Club Only

Jack Daniel's® Pulled Pork



**$9 OFF**
Limit of 6
Free Shipping for Plus††

Blue Buffalo Dog Food and/or Cosequin®

 

**$3 OFF**
Limit of 12
Free Shipping for Plus††

Meow Mix®, Beggin'® Strips, Temptations and/or any Purina® Dog Chow® or Puppy Chow®




**$1 50 OFF**
No limit
While supplies last
In Club Only

Jimmy Dean® Meat Lovers Breakfast Bowl and/or Pancakes & Sausage on a Stick

 

**$2 OFF**
Limit of 3
Free Shipping for Plus††

Olay® Bar Soap; Caress®, Old Spice or Member's Mark™ Bodywash; and/or any Dial® Hand Soap

  

**$2 OFF**
Limit of 3
Free Shipping for Plus††

Any Crest Paste, Crest Rinse, Oral-B® Floss and/or Oral-B® Manual Toothbrush

 


**$2 OFF**
No limit
While supplies last
In Club Only

Any Hot Pockets® Sandwiches



**$2 OFF**
No limit
While supplies last
In Club Only

Birds Eye® Garlic Chicken



**$2 OFF**
Limit of 3
Free Shipping for Plus††

Jergens®, Olay® Complete, and/or NatureWell® Coconut Oil Cream or Retinol Cream
Selection varies by club.

  

**$4 OFF**
Limit of 3
Free Shipping for Plus††

Any Gillette® or Venus® Cartridge or System Pack


 

**$1 OFF**
No limit
While supplies last
In Club Only

Member's Mark™ Five Cheese Macaroni and/or Don Miguel Mini Tacos




**$1 50 OFF**
Limit of 100
In Club Only

Kraft Singles
72 ct.



**$5 OFF**
Limit of 4
Free Shipping for Plus††

Any Nexxus® or Shea Moisture Shampoo/Conditioner and/or Neutrogena® Rainbath

 

**$2 OFF**
Limit of 4
Free Shipping for Plus††

Any Dove or TRESemmé® Shampoo and/or Conditioner



**$3 50 OFF**
No limit
While supplies last
In Club Only

Any Member's Mark™ and/or Pierre Frozen Sandwich




**$2 OFF**
No limit
While supplies last
In Club Only

Gardein™ Black Bean Burger



**$2 OFF**
Limit of 3
Free Shipping for Plus††

Any Secret®, Old Spice, Gillette® or Dove Deodorant

 


**$30 OFF**
Limit of 3
Free Shipping for Plus††

Norelco or Braun Power Shaver, Oral-B 6000 and/or Sonicare 6100


 



**$3 OFF**
Limit of 3
Free Shipping for *Plus*††

Any Charmin® Ultra Soft, Bounty®
Full Sheet and/or Puffs Plus




**$2 OFF**
Limit of 2
Free Shipping for *Plus*††

Member's Mark™
Unscented Kitchen
Trash Bags and/or
T-Shirt Carry-Out Bags






**$3 OFF**
Limit of 4
Free Shipping for *Plus*††

Any Hefty® Foam
Plates and/or Bowls,
and/or 33-gal. Ultra
Strong Trash Bags





# One pack, a whole lotta bottles.

Value-sized Member's Mark™ Advantage formula contains HMO and No Artificial Growth Hormones to provide complete nutrition for infants 0-12 months. Plus, it costs way less than the competition.

**$3 OFF**
Limit of 3



**$3 OFF**
Limit of 2
Free Shipping for *Plus*††

Tide® PODS® Spring
Meadow 168 ct.
and/or Tide PODS
Oxi 104 ct.




**$2 OFF**
Limit of 2
Free Shipping for *Plus*††

Any Member's Mark™ Detergent



**$2 OFF**
Limit of 2

Chinet® Comfort
Cup® and/or Dixie®
12-oz. and/or 16-oz.
To Go Cups, and/or
12-20-oz. To Go Lids




**$3 OFF**
Limit of 2
Free Shipping for *Plus*††

Gain® Liquid
and/or Powder



**$2 OFF**
Limit of 2
Free Shipping for *Plus*††

Any Snuggle®
and/or Shout




**$3.50 OFF**
Limit of 4
Free Shipping for *Plus*††

Any Oxiclean™



**$3 OFF**
Limit of 3
Free Shipping for *Plus*††

Member's Mark™ Formula,
Similac® HMO Formula
and/or Gerber Baby Food






# Cash back when you fuel up.

## Get 5% cash back
on gas **anywhere** your Sam's Club
**Mastercard®** is accepted.[1]

On first $6,000 per year, then 1% thereafter.

**Don't have a Sam's Club credit card?**
## Save $45
when you open a
Sam's Club Credit
Card account and
make a $45 purchase in club today.[1]

Offer valid 1/29/20–2/23/20. Visit the
Member Services Desk for more info and to apply.




**$1 OFF**
Limit of 2
Free Shipping for *Plus*††

Any Member's Mark™ Auto Dish
and/or Liquid Dish Soap




**$5 OFF**
Limit of 3
Free Shipping††

Any Pampers®
Swaddlers and/or
Cruisers Diapers





**$2.50 OFF**
Limit of 5
Free Shipping for *Plus*††

Lysol® Disinfectant
Spray and/or Toilet
Bowl Cleaner




**$4 OFF**
Limit of 4
Free Shipping††

Any Huggies®
Diapers, Wipes,
Pull-Ups and/or
Goodnites






††Subject to credit approval. When you apply, you could be approved for either a Sam's Club Credit Card or a Sam's Club Mastercard. **$45 account opening offer:** Excludes cash advances, gift cards, pharmacy prescription items, alcohol and tobacco purchases. Valid for newly opened accounts only. One $45 offer per account. Not valid online. **5% cash back on gas:** Rewards are issued starting each February for the cash back earned the previous calendar year and may only be redeemed in a Sam's Club or at SamsClub.com. See the "How to Earn Cash Back with Your Sam's Club Mastercard Reward Program" terms for more details, circumstances under which rewards may be forfeited, limitations and restrictions.

Valid January 29—February 23          **February 2020  9**

Case: 4:20-cv-00706-SNLJ   Doc. #:   6-5   Filed: 06/05/20   Page: 7 of 22 PageID #: 137



# HUGGIES®

## Fits like a Hugg.

Nail this parenting gig with Huggies® diapers and wipes that keep your little one dry, protected and comfortable. Stock up and save $4!

*Limit 4. Ends Feb. 23.*

© KCWW

---

**WOMEN'S HEALTH**

### $4 OFF
Limit of 8
Free Shipping for Plus††

Any Citracal® Max, Super Collagen C, NatureMade® Magnesium, GNC® Women's Energy, Culturelle®, Estroven® Max, Member's Mark™ Biotin + Keratin, NatureMade Prenatal and/or SmartyPants® Multivitamin^

   
  

---

### $6 OFF
Limit of 4
Free Shipping for Plus††

Any Metamucil®, Qunol® and/or Omron 7 Series Blood Pressure Monitor^

   

### $4 OFF
Limit of 5
Free Shipping for Plus††

Any Think!® Protein Bars, Pure Protein®, Lenny and Larry's Cookies, Muscle Milk® and/or Ready Nutrition Protein Water

 
 

---

### $3 OFF
Limit of 6
Free Shipping for Plus††

Any Aleve®, Excedrin®, Breathe Right® Nasal Strips, Member's Mark™ Acetaminophen and/or Preparation H® Wipes^

 

---

**HEART HEALTH**

### $3 OFF
Limit of 4
Free Shipping for Plus††

Member's Mark™ Double Strength Fish Oil, Triple Strength Fish Oil, Omega 3-6-9, Krill Oil, Extra Strength Krill Oil, Flaxseed Oil, Co-Q10 200mg, NatureMade Double Strength Fish Oil, Wild Alaskan Salmon Oil, Bayer® Aspirin 325mg and/or Bayer Low Dose Aspirin^


  

---

**ALLERGY RELIEF**

### $11 OFF
Limit of 4
Free Shipping for Plus††

Any Align® and/or Flonase®^

 

---

**COLD & COUGH RELIEF**

### $6 OFF
Limit of 4
Free Shipping for Plus††

Mucinex Max DM, Mucinex Max SE, Mucinex Expectorant and/or Mucinex Fast Max Day/Night^

 
  

---

**JOINT HEALTH**

### $4 OFF
Limit of 4
Free Shipping for Plus††

Member's Mark™ Triple Strength Glucosamine Chondroitin, Glucosamine + MSM + HA, Glucosamine Chondroitin and/or Ultra Triple Action Joint Health^

  

### $2 OFF
Limit of 5
Free Shipping for Plus††

Member's Mark™ Men's/Women's Multivitamin, B-12, Vitamin C, Vitamin D-3 and/or Melatonin 10mg^

---

## Member's Mark™

### Softer tissues, by a nose.

These ultra-soft Member's Mark™ tissues help you stay one step ahead of the next sneeze.

### $1 OFF
No limit
While supplies last
Free Shipping for Plus††

Any Member's Mark™ Facial Tissue

 

---

**$40 OFF**
No limit
While supplies last
Free Shipping for *Plus*††

Regular Price $229⁹⁸
Instant Savings $40⁰⁰
**Now** $189⁹⁸

**Thomson 7.5-cu.-ft. Upright Refrigerator and/or 6.5-cu.-ft. Upright Freezer**




**$30 OFF**
No limit
While supplies last
Free Shipping for *Plus*††

Regular Price $159⁹⁸
Instant Savings $30⁰⁰
**Now** $129⁹⁸

**Emeril Lagasse Power AirFryer 360® and/or Pressure AirFryer**




**$4 OFF**
No limit
While supplies last
Free Shipping††

Regular Price $19⁹⁸
Instant Savings $4⁰⁰
**Now** $15⁹⁸

**Dabney Lee® Insulated Lunch Tote**
Includes container set and ice block. Available in various patterns.




**$40 OFF**
No limit
While supplies last
Free Shipping for *Plus*††

Regular Price $229⁹⁸
Instant Savings $40⁰⁰
**Now** $189⁹⁸

**Shark® Rocket® Pro Cordless Vacuum**



**$15 OFF**
Limit of 5
Free Shipping††

Regular Price $77⁹⁸
Instant Savings $15⁰⁰
**Now** $62⁹⁸

**Rotella® T4 15w40 6 pk. 1-gal. bottles Diesel Oil**
#236574




**$20 OFF**
Limit of 5
Free Shipping††

Regular Price $79⁹⁸
Instant Savings $20⁰⁰
**Now** $59⁹⁸

**Stanley® Fatmax® 1000A Jump Starter**
With 120 PSI air compressor.
#726720



**$20% OFF**
No limit
While supplies last
Free Shipping††

**All 14 Karat Gold Polished Hoops**
Assortment varies by club. Select 14 Karat Gold Polished Hoops available at SamsClub.com. Excludes sets.§



**$3 50 OFF**
No limit
While supplies last
Free Shipping for *Plus*††

**Bicycle 12 ct. Standard or Bicycle 12 ct. Jumbo**




**$2 OFF**
No limit
While supplies last
In Club Only

**All Under Armour® Socks**




**$1 OFF**
Limit of 2
In Club Only

**Morton® Clean and Protect® Water Softening Salt**
44-lb. bag.





## Sam's Club | Travel

# Miami. Nice.

Soak up the sun, plus some serious savings and exclusive offers from Sam's Club Travel.

Book now at **SamsClub.com/travel**

¹Hotel-only prices are per room and all taxes and fees are disclosed. Resort fees may be charged at given hotels. Promotion is subject to availability and blackout dates may apply. Hotel cancellation policies vary by hotel and will be disclosed during the booking process. Any savings displayed generally represent the difference between our price and the retail price provided by the supplier. For more information, see SamsClub.com/traveldisclaimer.

**40% OFF**
**Kimpton EPIC Hotel**
Downtown Miami
Starting at $279 per night§

**19% OFF**
**Kimpton Surfcomber Hotel**
Miami Beach
Starting at $376 per night§

**41% OFF**
**Kimpton Angler's South Beach Hotel**
Miami Beach
Starting at $312 per night§

**$100 OFF**

No limit
While supplies last
Free Shipping with online orders††

**Serta® Ashbrook and/or Serta Sleep To Go Mattress in a Box in Full, Queen, King and Cal King sizes**





**$5 OFF**

No limit
While supplies last
Free Shipping for Plus††

**London Fog 6-piece Sheet Set and/or Comforter in Queen and King sizes**



| | Regular Price | $399 |
|---|---|---|
| **$50 OFF** | **Instant Savings** | $50 |
| No limit | **Now** | $349 |

While supplies last
Free Shipping††

**Myles Power Theater Chair**
Features durable performance fabric and power headrest and recline. Stay connected with USB/AC outlets. Two stainless steel cup holders.



| | Regular Price | $21⁹⁸ |
|---|---|---|
| **$4 OFF** | **Instant Savings** | $4⁰⁰ |
| Limit of 5 | **Now** | $17⁹⁸ |

Free Shipping††

**Member's Mark™ Aluminum Dish Rack**





**$200 OFF**

No limit
While supplies last

| | Regular Price | $699 |
|---|---|---|
| | **Instant Savings** | $200 |
| | **Now** | $499 |

**Member's Mark™ Standage Reclining Sofa**
Dual reclining sofa in premium top-grain leather featuring nailhead trim, pocket coil cushions and USB port. Leggett & Platt© mechanisms offers smooth, reliable reclining.

| | Regular Price | $9⁹⁸ |
|---|---|---|
| **$2 50 OFF** | **Instant Savings** | $2⁵⁰ |
| No limit | **Now** | $7⁴⁸ |

While supplies last
Free Shipping for Plus††

**Member's Mark™ Quick Dry Bath Mat 24" x 36"**





| | Regular Price | $59⁹⁸ |
|---|---|---|
| **$10 OFF** | **Instant Savings** | $10⁰⁰ |
| No limit | **Now** | $49⁹⁸ |

While supplies last
Free Shipping††

**Tramontina 13-gal. Stainless Steel Waste Container**
Additional colors available on SamsClub.com.
#202630




**sam's club ◆◇** | **Home Services Installation**

# Expert home services, exclusive savings.

We offer a full range of home improvement and installation services—from flooring and windows to siding and HVAC powered by Centah. Available online only.

**Learn more at home.centah.com/samsclub or give us a call at (844) 261-6841.**



**sam's club ◆◇**

**Get 10% back on a Sam's Club Gift Card with every purchase.²**

²Disclaimer: All products and services are offered, supplied and performed by Centah Inc. ("Centah") and its third-party authorized dealers ("Dealers"). Centah and its Dealers are not affiliates of or endorsed by Sam's Club. Centah and its Dealers are solely responsible for the products and services advertised. Sam's Club has no obligation to perform any responsibilities of Centah or its Dealers, and Sam's Club does not guarantee the performance of Centah's and its Dealers' obligations. * Centah Inc. ("Centah") will send the Sam's Club member an electronic Sam's Club gift card ("Sam's Club Gift Card") pre-loaded with a value equal to ten percent (10%) of the Net Amount of the invoice for the Home Improvement Services purchased (the "Invoice") within thirty (30) calendar days of Centah receipt of payment for that Invoice. "Net Amount" means the gross amount of the Home Improvement Services purchased by the Sam's Club member as reflected on the Invoice, less applicable taxes and fees, any or all refund(s) or returns, and chargebacks. Sam's members that provide a valid email address will receive their Sam's Club Gift Card electronically. Sam's Club Gift Cards are non-returnable and not available for resale. Centah is solely responsible for the administration and fulfillment of the gift card promotion.

# Upgrade and save.



Get a $150 Sam's Club gift card³ with purchase and activation on installment of select phones.





AT&T  Sprint  verizon  🍎 iPhone

³One eGift card per activation when purchased on installment agreement. eGift card will be sent 15 to 22 days from date of activation and purchase. eGift card will be sent to the member's email address provided at the time of activation and may not be used to pay for membership fees or select services. Subject to all terms of Sam's Club Mobile Secondary Retail Agreement. This offer may not be combined with any other offer promotion. Limited time availability. Offers subject to change. Carriers, coverage, and products may vary by location. Devices may require select plan and data subscriptions, credit approval, activation fee and termination fees. Upgrade eligibility may vary. See club for details. Carrier restrictions prohibit Sam's Club from servicing Business Accounts. This offer is not valid online.

---

## $80 OFF
Limit of 5
Free Shipping for Plus†† †

**LG 65" Class 7300-Series 4K UHD HDR Smart TV**
Model: 65UM7300AUE
#980202755



[65"] [UHD 4K] [HDR]

## $50 OFF
Limit of 5
Free Shipping for Plus††

**Samsung 6-Series 58" 4K UHD HDR Smart TV**
Model: UN58MU6070EXZA
#980061890




[58"] [UHD 4K] [HDR]

## $40 OFF
Limit of 5
Free Shipping for Plus††

**Hitachi 55" Class R-Series 4K UHD HDR Roku TV**
Model: 55R82
#980048510



[55"] [UHD 4K] [HDR]

## $40 OFF
Limit of 5
Free Shipping for Plus††

**Netgear® Nighthawk X6 AC3000 Tri-Band Wi-Fi Gigabit Router**
#980214558



## $50 OFF
No limit
While supplies last
Free Shipping for Plus††

**Select Q-Series Samsung Soundbars**
Valid on Samsung Q7 3.1.2 Dolby Atmos Soundbar and Samsung Q6 5.1 Panoramic Soundbar.
#980197619, #980197615



## $40 OFF
No limit
While supplies last
Free Shipping for Plus††

**Ion Audio Total PA Ultra**
#980178847



---

## $250 OFF
Limit of 2
Free Shipping for Plus††

**HP® ENVY Desktop Bundle with 31.5" Monitor and Intel® Core™ i7 Processor**
#980183114



| | |
|---|---|
| Regular Price | $1,149 |
| Instant Savings | $250 |
| **Now** | **$899** |

  [TOTAL MEMORY 28GB] [OPTANE MEMORY 16GB] [RAM 12GB] [HD 2TB] [2 YR Care Pack]

## $300 OFF
Limit of 2
Free Shipping for Plus††

| | |
|---|---|
| Regular Price | $999 |
| Instant Savings | $300 |
| **Now** | **$699** |

**HP® 17.3" HD Touchscreen Laptop with Intel® Core™ i7 Processor**
512GB Solid State Drive for faster load times and more reliability.
#980183047

[RAM 8GB] [SSD 512GB] [2 YR Care Pack]

## $3 OFF
Limit of 4
While supplies last
Free Shipping for Plus††

**Duracell Coppertop AA and AAA and/ or Optimum AA and AAA Batteries**
Excludes resale packs.
#279441, #558886, #558893, #980200696, #980200697

 

## $30 OFF
Limit of 5
Free Shipping for Plus††

| | |
|---|---|
| Regular Price | $219⁹⁸ |
| Instant Savings | $30⁰⁰ |
| **Now** | **$189⁹⁸** |

**Samsung Tab A 10.1" 32GB Tablet**
The lightweight premium metal design goes anywhere you go. #980196334
Also available in silver online. #980195360



## $50 OFF
Limit of 5
Free Shipping for Plus††

**Wisenet 4-Camera, 4-Channel 1080p Wi-Fi Security Surveillance System**
#980208366



## $10 OFF
No Limit
While supplies last
Free Shipping for Plus††

| | |
|---|---|
| Regular Price | $53⁹⁸ |
| Instant Savings | $10⁰⁰ |
| **Now** | **$43⁹⁸** |

**Royal 12-Sheet Crosscut Shredder**
This powerful crosscut shredder is perfect for your home or office. Shreds staples and credit cards. 5-gallon capacity pull-out wastebasket.
#795196



---

## EXCLUSIVELY AT          SAMSCLUB.COM

**$200 OFF**
No limit
While supplies last
Online Only†
Free Shipping for Plus††

  

**LG 86" Class
8-Series 4K UHD
HDR Smart TV**
Model:86UM8070AUB/PUA
#980197815

86"   UHD 4K   HDR

**$100 OFF**
Limit of 5
Online Only†
Free Shipping for Plus††

**Arlo Pro 2 Wire-Free HD
Security Camera, 3-Pack**
1080p HD monitoring, with
sound and advanced
motion detection.
#980228437

**SAVE UP TO
$100**
No limit
While supplies last
Online Only†
Free Shipping for Plus††

**Zinus Night Therapy 8/10"
Pressure Relief and 12/13"
Gel-Infused Memory Foam
Mattress Set**
Set includes bifold box spring,
smartbase foundation or
platform bed. Twin to king sizes.



**$1000 OFF** | Regular Price | $2699
| Instant Savings | $1000
No limit | **Now** | **$1699**
While supplies last
Online Only†
Free Shipping††

**Carrington 6-Piece
Sectional Sofa**
Features 3 reclining
chairs, leather gel
upholstery, cupholder
and storage console.
#644339



**$150 OFF** | Regular Price | $849
| Instant Savings | $150
Limit of 2 | **Now** | **$699**
Online Only†
Free Shipping for Plus††

**HP® Pavilion 15.6"
HD x360 Convertible
Touchscreen Laptop
with Intel® Core™
i7 Processor**
Features Accidental
Damage Protection.
#980225996

RAM 8GB
SSD 512GB
2 YR Care Pack

**$150 OFF** | Regular Price | $749
| Instant Savings | $150
Limit of 2 | **Now** | **$599**
Online Only†
Free Shipping for Plus††

**HP® 15.6" Full HD
Laptop with Intel®
Core™ i7 Processor**
Features Accidental
Damage Protection.
#980225244

RAM 8GB
SSD 256GB
2 YR Care Pack

  

**$50 OFF** | Regular Price | $299⁹⁸
| Instant Savings | $50⁰⁰
No limit | **Now** | **$249⁹⁸**
While supplies last
Online Only†
Free Shipping††

**Total Gym XL7 Home Gym
with workout DVDs**
The versatility of a gym in
the comfort of your home.
#848200



**$400 OFF** | Regular Price | $1299
| Instant Savings | $400
No limit | **Now** | **$899**
While supplies last
Online Only†
Free Shipping††

**ProForm® Power
1295i Treadmill**
#980142894



**$100 OFF**
Limit of 5
Online Only†
Free Shipping††

**Lexmark MC3224dwe
Color Laser Printer**
Print, copy and scan
functions. Integrated
duplex printing. 2.8"
LCD touch screen.
Ethernet network and
wireless connectivity.
#980232383



**$2 OFF**
No limit
While supplies last
Online Only†
Free Shipping††

**Member's Mark™ Bright
White Copy Paper**
8 ream case: 8.5" x 11"
20 lb., 96 Bright.
#825965



**$1000 OFF** | Regular Price | $3999
| Instant Savings | $1000
No limit | **Now** | **$2999**
While supplies last
Online Only†
Shipping Included††

**Lifesmart LS600DX
7-Person 65-Jet Spa**
Customizable lighting,
pressure and waterfall.
Includes cover.
#980055160



**$300 OFF** | Regular Price | $1499
| Instant Savings | $300
No limit | **Now** | **$1199**
While supplies last
Online Only†
Free Shipping††

**Devonshire Playset**
#980196983



**$460 OFF**
No limit
While supplies last
Online Only†
Delivery, parts, basic
installation, and haul-away
included where available§

**Samsung Side-by-Side
Laundry Pair in White**
#980194690, #980194692

§Shipping not available in AK or HI and restricted in
some zip codes within the contiguous U.S.



**$700 OFF**
No limit
While supplies last
Online Only†
Delivery, installation
and haul-away included
where available§

**LG 28-cu.-ft. Ultra Large
Capacity 3-Door French Door
Refrigerator, Stainless Steel**
#980066488

§Shipping not available in AK or HI and restricted in
some zip codes within the contiguous U.S.



**$300 OFF** | Regular Price | $1499
| Instant Savings | $300
No limit | **Now** | **$1199**
While supplies last
Online Only†
Free Shipping††

**NewAge Products
Bold 3.0 7-Piece Set**
This compact set does
the heavy lifting in garage
reorganization—up to 3,000
pounds of storage—and can
expand as your needs grow.
#980097664, #980097665

 

**$175 OFF**
No limit
While supplies last
Online Only†

**All Maxx Ice
Machines**



**$350 OFF** | Regular Price | $1949
| Instant Savings | $350
No limit | **Now** | **$1599**
While supplies last
Online Only†
Free Shipping††

**Lifetime 15' x 8' Rough
Cut™ Dual-Entry Outdoor
Storage Shed**
Rugged, weather-resistant
and steel-reinforced for secure
and lockable outside storage
#980187373

**$40 OFF** | Regular Price | $199⁹⁸
| Instant Savings | $40⁰⁰
No limit | **Now** | **$159⁹⁸**
While supplies last
Online Only†
Free Shipping for Plus††

**Keter® Premier XL
41-cu.-ft. Outdoor
Storage Bin**
Easy-open lid with hydraulic
pistons and lockable doors.
55.5" x 32.2" x 48.6".
#980232082

**20% OFF**
No limit
While supplies last
Online Only†
Free Shipping for Plus††

**Evenflo® Travel
Systems, Play
Yards, High Chairs,
Strollers, Activity
and Gates**
Various models.



**$6 OFF**
Limit of 5
Online Only†
Free Shipping for Plus††

**McCafé French
Roast K-Cup Pods
100 ct.**



# THE **NOW** LIST

## CURRENT OBSESSIONS + MUST-TRY IDEAS



# 1

## HEART YOUR HEART.

Astaxanthin: It may be hard to say, but this antioxidant is oh-so-easy to make part of your health regimen thanks to these omega-3-packed krill oil capsules. And as for that aspirin-a-day advice: We've got you (and your ticker) covered.

**$3** OFF
**Member's Mark™ Extra Strength 100% Pure Omega-3 Krill Oil^**
Sustainably harvested and rigorously regulated. No fishy aftertaste.

**$3** OFF
**Bayer Aspirin^**
Low dose, 81mg easy-to-swallow tablets. Safety coated.

# 2

## TAKE IT OUTSIDE.

Spring is coming. Get the kids motivated to do backflips outdoors (and not off your living room furniture) with outfits that are equal parts comfy and playful.

**$4**⁹⁸
**Select Children's Apparel**

**Member's Mark™ Girl's Active Top**
Sizes 4-16. Active Girl's top in various colors and prints.

**Member's Mark™ Girl's Active Bottom**
Sizes 4-16. Active Girl's skirts and shorts in various colors and patterns.

**Champion Boy's Top**
Sizes 5-20. Active tops with Champion branded graphics.

**Champion Boy's Bottom**
Sizes 5-20. Champion branded athletic shorts.

2-packs also available on SamsClub.com.



# 3

## HERE COMES THE BLOOM.

Ready-for-planting bulbs and easy-care, fast-growing perennials that re-bloom every year make for a low-effort, high-impact garden—a.k.a. the best kind of garden.

**$14**⁹⁸ **Assorted Spring Dormant Bulbs**
Perennials for both sun and shade. In club only.



Case 4:20-cv-00706-SNLJ  Doc. #: 6-5  Filed: 06/05/20  Page: 13 of 22 PageID #: 143



# 4

## SAVE YOUR SOLES.

And socks. And really, your whole outfit, with cute scuff-proof, ultra-light ankle boots that keep the rain out and your style intact.

**$24⁹⁸**
**Totes Women's Ankle Rain Boot**
Lightweight and scratch-proof. Available in multiple colors. Selection may vary by club and on SamsClub.com.

**Free Shipping for *Plus*†††**

black  mineral  navy



# 5

## FRESH-PICKED TECH.

From take-'em-everywhere AirPods to light-as-air iPads and the latest Apple Watch, it's time to give your portable tech an affordable upgrade.

**$399⁹⁸**
**iPad 128GB 7th generation**
32GB capacity available online for $319.98.
#980232142

**$484⁹⁸**
**Watch Series 5 40mm GPS+Cellular**
#980232131

**$234⁹⁸**
**AirPods Pro with wireless charging case**
#980243289

All of the above available at SamsClub.com and in select clubs.



# 6

## JUST PRESS PAWS.

Memory foam. A premium, water-resistant cover. For less than $20? *Woof!* (Your pup will take one for every room in the house.)

**$19⁹⁸**
**Member's Mark™ Indoor and Outdoor Pet Bed**

**TIP:** keep your pooch healthy—and your wallet happy—with savings on top pet meds from the Sam's Club Pharmacy.



# 7

## EASY SQUEEZIES.

Because tasty nutrition for little ones belongs in your cup holder, your glove compartment, your diaper bag or anywhere (and everywhere) else.

**$3** OFF
**Happy Baby
Organic Baby Food Pouches**
Made from real organic fruit by real moms, pediatricians and nutritionists.
**Free Shipping for Plus††**

**$19**⁹⁶
**Member's Mark™
Fragrance Free
Baby Wipes**
Free Shipping††

**$5 OFF
Pampers
Swaddlers**
Free Shipping††

**$3** OFF
**Gerber Puffs Value Pack**
With iron and vitamin E.
Banana, strawberry apple and blueberry flavor.
**Free Shipping for Plus††**

**$3 OFF
Dreft**
Free Shipping
for Plus††

"
*As a new dad, I know choosing the best baby products can be nerve-racking! We focus on finding unique, best-in-class items with hypoallergenic or natural features and sharing them with members at amazing prices.*"

**Nick Scheidler**
Sr. Merchant

# 8

## IT'S THE LITTLE THINGS.

Because sometimes, one small step for your beauty routine means one large boost in your mood.



**$14**⁹⁸
**Olay Ultimate
Foaming Cleanser**
2 pk.
4.2 fl. oz. each.
**Free Shipping
for Plus††**

**$24**⁹⁸
**Twila True Nail Polish Gift Set**
Set includes four nail lacquers, one top coat, one base.
Various colors available.
**Online Only†
Free Shipping for Plus††**

**$29**⁹⁸
**BareMinerals
Makeup Brush Set**
3-piece synthetic fiber brush set.
**Online Only†
Free Shipping
for Plus††**

# 9

## YOU GOT THIS.

And by "this" we mean your taxes, thanks to tax software to help get those returns filed right (and a sleek Samsung monitor to see them in HD).




**$179**⁹⁶  **$20** OFF  |  REG. $199⁹⁶
**Samsung 32" Full HD Curved Monitor**
Upgrade your current desktop or connect to your laptop with the included HDMI cable. #980006222
**Limit of 10**  Free Shipping for Plus††


**$39**⁸⁸**–$119**⁸⁸
**TurboTax Software**
Deluxe, Premier, Home &
Business and Business
Two ways to install—CD or Download


**$174**
**Quickbooks
Pro 2020**
Includes free
90-day support.

# 10

## MAKE YOUR BEANS COUNT.

Peruvian, Honduran and Colombian beans give Boyer's Mash-Up coffee a deep and complex yet lively character.



**$14**⁹⁸
**Boyer's Mash-Up Whole Bean Coffee**
Exclusive to Sam's Club.
Specialty-grade organic Arabica coffee.



VALENTINE'S DAY

# Every vase's dream.
Our eye-catching bouquets are guaranteed to stay fresh for 7 days.

$39.98
Ultra-Premium
Bouquet

$15.98
Valentine's
Day Bouquet

**JUST ADD
WATER.**
Expertly arranged
by floral designers
and sent straight
to you!

$29.98
Rose with Vase
Arrangement

$15.98
Valentine's Day
Bouquet

"
*100% of our roses come
from Ecuador. Why?
They're huge! Because
they're grown at the
equator, year-round
sunshine and high-
altitude soil breed
big-headed blooms that
are easily half an inch
bigger than other roses."*
**Spencer Beck**
Senior Floral Merchant

$15.98
**Dozen Roses**
12 roses with
2 stems of greens
from Rainforest
Alliance Certified
farms. 7-day fresh
guarantee.

$39.98
Ultra-Premium
Bouquet

$15.98
Valentine's Day
Bouquet

# Total gems.

These top-of-the-line diamonds are designed to make a major statement, at a just-as-stunning value.



**$299**
**.25CTTW Diamond Heart Pendant§**
14K White Gold.
IGI Appraisal Value $500.
#980066979,
#980145663



**$4,999**
**2.20CTTW Bridal Set§**
14K White Gold.
IGI Appraisal Value $7,945.
#435160, #357250

**$399**
**.50CTTW Diamond Earrings§**
14K White Gold.
IGI Appraisal Value $985.
#980246464

**$4,999**
**1.50CTTW Diamond Ring§**
18K White Gold, I-VS2.
IGI Appraisal Value $6,485.
#980207270
**Online Only†**



"
*Members know they can find exceptional-quality diamonds at exclusive low prices at Sam's Club. All of our diamonds are certified by the International Gemological Institute and come with an appraisal card listing cut, color, clarity and carat weight. This added benefit helps our members truly see the value they are getting."*

**Rebekah Howe**
Merchant



**$2,199**
**3.0CTTW Diamond Bracelet§**
14K White Gold.
IGI Appraisal Value $3,255.
#383116,
#652513

**$1,764**
**1.50CTTW Diamond Necklace§**
14K White Gold.
IGI Appraisal Value $2,585.
#457967,
#855219

**$319**
**.20CTTW Diamond Pendant§**
14K White Gold.
IGI Appraisal Value $595.
#980058117,
#980225483

**$1,888**
**2.0CTTW Diamond Hoop Earrings§**
14K White Gold.
IGI Appraisal Value $2,635.
#441430,
#23645

§Carat weight and carat total weight are approximate and may vary by 0.05 carat. Jewelry items may be enlarged to show beauty of detail. Appraisal value provided by International Gemological Institute. Sam's Club offers diamond quality I1-HI or higher.

Case cv-00706-SNLJ Doc Filed: 06/05/20 Page: 17 of 22 PageID #: 147



**$9⁹⁸**
**GOURMET DIPPED STRAWBERRIES**
12 fresh strawberries hand-dipped and packed in club. Available for Special Order Feb. 1–14, 2020. In Club Feb. 12–14, 2020.

# Sweet talkers.

For those whose love language involves all things frosted, dipped and layered with chocolate, treats that say it all.



**$16⁹⁸ Member's Mark™ 10" Chocolate Dessert Cake**
Chocolate buttercream icing and chocolate curls.



**$14⁹⁸**
**30 ct. cupcakes**
Made fresh in-club. Ready to eat.

## SUGAR, CUBED.

Spoil 'em good with gifts that say, "No, I love *you* more."



**$29⁹⁸**
**Valentine Lindt Gift Tower**
Variety of truffles and chocolates included.
**Online Only†**
**Free Shipping for *Plus*††**



**$30⁹⁸**
**Godiva Wishes Gift Basket**
Includes assortment of Godiva chocolates.
**Online Only†**
**Free Shipping for *Plus*††**



**$30⁹⁸**
**Sweets for My Valentine Gift Basket**
Variety of sweets included.
**Online Only†**
**Free Shipping for *Plus*††**



**PRIME TENDERLOINS**
With extra fat marbling for great flavor. Check club for low member price.

# Cupid who?

Sometimes the best night out is a night in.
With prime tenderloin and buttery lobster tails,
consider the mood set.



## TURF, MEET SURF.

The finest cuts & catches at seriously good prices? That's what we call couple goals.

**FROZEN LOBSTER TAILS**
Premium wild-caught tails from the Bahamas. Check club for low member price.

Case: 4:20-cv-00705-SNLJ   Doc. #: 6-5   Filed: 06/05/20   Page: 19 of 22 PageID #: 149



# In it for the food.

Smoky ribs. Spicy Buffalo dip. Flatbread smothered in bacon and cheese. That's *our* idea of the ultimate fantasy team.

**$12.98**
**MEMBER'S MARK™ BABY BACK PORK RIBS**
Extra-meaty, hickory smoked. Brushed in sweet, bold sauce.



**$7.98**
**MEMBER'S MARK™ BUFFALO CHICKEN DIP**
All white meat, real cream cheese and a touch of hot sauce.



**$9.98**
**SAVED BY THE BACON FLATBREAD**
Loaded with cured bacon, mozzarella and cheddar. Topped with cheesy garlic sauce.



**GAME DAY**

**IT'S CRUNCH TIME.**

Fully loaded with Oreo cookie pieces or ultra-cheesy Cheetos, all these sweet or savory popcorn snacks need before diving in is a bowl (if you plan on sharing, that is).

$5⁹⁸
**Oreo Cookie Popcorn**
Cookies and cream drizzled and coated popcorn. 20 oz.

$4⁷⁸
**Cheetos Popcorn**
When popcorn meets Cheetos…it's a Cheetos thing! 17 oz.

36  Find more at SamsClub.com

---

## THE MOST DEF.

A crystal-clear picture means you won't miss a thing—from first down to touchdown (and every commercial in between).



**Samsung 65" Class Q6-Series QLED 4K UHD HDR Smart TV** * *
Model: QN65Q6DRAFXZA
See Members Only price at SamsClub.com.

## YOU'VE GOT (GAME-DAY) GAME.

High-tech Wi-Fi and all-around sound to take your Sunday setup to new levels.



$259
**Google Wifi 3-Pack**
Replace your old router with Google Mesh Wifi. Place each node around your house for seamless streaming.
Free shipping for *Plus*††



$159
**Bose Solo TV Speaker Bluetooth Soundbar**
Free shipping for *Plus*††



**pandora** | **sam's club**

Now members get up to **15%** off[7] Pandora streaming plans.

# New perk alert!
## Members-only Pandora savings.

Now Sam's Club members can **save up to 15%**[7] on Pandora Plus™ or Pandora Premium™ streaming plans. That means ad-free listening, unlimited skips and more.
**Check out this latest member benefit at SamsClub.com/pandora.**

[7]Podcasts may contain ads; skips, replays, and other features may be limited by certain licensing restrictions. 10% offer valid for Sam's Club Members. 15% offer valid for Sam's Club *Plus*™ Members. Offer available to new Pandora subscribers, U.S. residents, 18+ only. Discount applies to monthly subscriptions for a maximum of 12 consecutive months; after 12 months Subscription plan renews at the normal rate. Offer Terms and Subscription Terms apply.

## Important Notice. Please Read.
### New Terms & Conditions for your Membership

Thank you for being a Sam's Club member—we appreciate your business. We want to let you know that we've updated our Terms & Conditions ("Terms") that govern your membership, effective February 1, 2020. The changes include a class-action waiver and mandatory arbitration provision that requires Sam's Club and all of its members to use arbitration to resolve any disputes on an individual basis. By continuing your Sam's Club membership beyond February 1, 2020, you agree to be bound by the updated Terms. You can review the full Terms at **SamsClub.com/termsandconditions.**

We love bringing you truly special items at exceptional members-only prices. Please visit the Membership Desk at your local Sam's Club if you have any questions about this update or wish to cancel your membership and receive a full refund.

*Instant Savings offers are subject to availability and are valid in U.S. clubs with a U.S. membership, excluding Puerto Rico. Prices shown are pre-tax amounts. State and local laws may require sales tax to be charged on the pre-discounted price. For Club Pickup orders not paid online, savings will be based on and limited to the Instant Savings offers available to the paying member on the date of in-club payment. No money will be returned to the member if the price of the item falls below zero after applying Instant Savings discount. If more than one Instant Savings offer is available for an item, the highest-value discount will be applied. Multiple offers will not be combined for any item. Visit SamsClub.com/termsandconditions or see a Club Associate for additional details. Offers valid Jan. 29, 2020–Feb. 23, 2020.

**Additional fees apply in CA per the California Electronic Waste Recycling Act. Diagonal screen sizes may vary 0.5 inch or less in class size.

†Online availability may vary.

††Free Shipping means free shipping to all members in contiguous U.S. and *Plus* Members in AK and HI; discounted shipping applies to Club members in AK and HI. Free Shipping for *Plus*†† means free ground shipping to U.S. *Plus* members. Shipping is not available to Guam, PR, USVI, PO Boxes and Military AP/FPO addresses. Free shipping is available for online items only. Free shipping does not include delivery from Club locations. Exclusions apply; see SamsClub.com/freeshipping for details.

*Applies to OTC items only. Does not apply pursuant to a prescription or insurance at the pharmacy.

§Savings displayed represent the difference between our price and the Retail Price as provided by the supplier. Retail Price varies by product category. For example, the Retail Price for hotels is generally the hotel's rack rate. The Retail Price for an event or show is generally the single ticket gate price. Ticket and Event prices include product-specific taxes and fees. Hotel and Rental Car prices do not include taxes and fees. Additional order-specific fees (such as shipping fees, order fees and transactional fees) may also apply.

Sam's Club® Advertised Merchandise Policy: While it is our firm intention to have every advertised item in stock, occasionally, items may not be available. We reserve the right to limit quantities and exclude resellers. We try to ensure that all information is accurate, but errors and omissions occur and are subject to correction. Pricing and item availability may vary by location, in AK, HI, OK, PR and WI, and at SamsClub.com. No rain checks. Pricing valid Jan. 29, 2020–Feb. 23, 2020.

©Copyright 2020 Sam's Club. All rights reserved. Designed by Sam's Club. Information is current at press time. All trademarks are property of their respective owners. Not responsible for typographical and pictorial errors. Unless otherwise noted, prices for items ordered at SamsClub.com do not include shipping fees. Visit SamsClub.com for item-specific shipping costs and restrictions. Visit SamsClub.com/clublocator to find a club near you.

# Over $6,500 in Instant Savings?*
## Let's do this!



Sam's club.

1703 Phyllis Street, Suite 202
Bentonville, AR 72712

PRESORTED
STANDARD
U.S. POSTAGE
PAID
SAM'S CLUB

Find more and free shipping available on SamsClub.com

PEFC Certified
This product is from
sustainably managed
forests and controlled
sources
www.pefc.org

PEFC
PEFC/29-31-58





CV1a1

# Skip the checkout line with Scan & Go.
## Get the Sam's Club® app.

Just scan as you shop and pay from your phone with **Scan & Go.**

Download on the **App Store**

GET IT ON **Google Play**

Apple, the Apple logo, iPhone and iPad are trademarks of Apple Inc., registered in the U.S. and other countries and regions. App Store is a service mark of Apple Inc. Google Play and the Google Play logo are trademarks of Google LLC.